UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non Profit Corporation, and
RONALD MOORE, Individually,

        Plaintiffs,

vs.                                                                          Case No.: 2:16-CV-07493-SDW-LDW

CAPTAINS PLAZA, LLC,
a Delaware Limited Liability Company,

        Defendant.

_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, The Independence Project, Inc., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually, by and through their undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1.     The Plaintiffs request that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice, or, on good cause shown, to re-open the case for further proceedings.

2          <u>The Independence Project, Inc., et al. v.</u>
                                            <u>Captains Plaza, LLC</u>
                            Case No: 2:16-CV-07493-SDW-LDW

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this **27<u>th</u>** day of **<u>April, 2017</u>**, a true and correct copy of the foregoing is being electronically filed using the Court's CM/ECF System which will send a Notice of Electronic Filing to Attorney's for the Defendant, Caroline J. Berdzik, Esq., cberdzik@goldbergsegalla.com, Goldberg, Segalla, LLP, 902 Carnegie Center, Suite 100, Princeton, NJ   08540.

Respectfully Submitted,

**/s/Alan R. Ackerman**
Alan R. Ackerman, Esq. (AA9730)
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ   07054-4519
Telephone: (973) 898-1177
Facsimile: (973) 898-1230
araesq@alanackermanlaw.com
and
John P. Fuller, Esquire, *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*